[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-90031

Non-Argument Calendar

_____

LISA ANN CANTRELL,

                                                                Petitioner,

*versus*

ROBIN R. WEINER,
Chapter 13 Trustee,
MAPLECREST HOMEOWNERS ASSOCIATION, INC.,

                                                                Respondents.

_____

Petition for Permission to Appeal from the
United States Bankruptcy Court for the
Southern District of Florida
D.C. Docket No. 23-17823-EPK

————————————

Before ROSENBAUM, JORDAN, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Petitioner Lisa Cantrell seeks permission to appeal from the bankruptcy court's order dismissing her Chapter 13 proceedings. However, we lack jurisdiction to entertain the petition.  First, Cantrell does not challenge a final decision of the district court. *See* 28 U.S.C. § 158(d)(1) (noting that our jurisdiction in bankruptcy cases is generally limited to reviewing "final decisions, judgments, orders, and decrees" entered by district courts).  Indeed, the district court had not entered any orders when Cantrell filed her petition with us.  Second, this case does not fall within any of the exceptions that allow bankruptcy court orders to be appealed directly to us, as neither the bankruptcy court, the district court, nor the parties certified any of the bankruptcy court's orders for direct appeal. *See id.* § 158(d)(2)(A); *City Nat'l Bank of Miami v. Gen. Coffee Corp. (In re Gen. Coffee Corp.)*, 758 F.2d 1406, 1408-09 (11th Cir. 1985) (addressing our jurisdiction to hear appeals in bankruptcy cases).

Accordingly, this petition is DISMISSED, *sua sponte*, for lack of jurisdiction.  No petition for rehearing may be filed unless it

23-90031              Opinion of the Court              3

complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.